UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN REAVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-00151-JPH-DLP |
| WEXFORD MEDICAL SERVICES, *et al.* | ) ) ) |
| Defendants. | ) |

**ORDER DENYING MOTION FOR A PROTECTIVE ORDER**

Plaintiff Kevin Reaves filed an affidavit of special circumstances which was docketed as a motion for a protective order. He contends that the defendants in this case and a number of others have attempted to stop the progression of his legal actions, mainly by interfering with his mail. He asks for a transfer to a different facility.

To the extent that Mr. Reaves is requesting an injunction ordering his transfer to a different facility, "[a] preliminary injunction is an extraordinary and drastic remedy, one that should not be granted unless the movant, by a clear showing, carries the burden of persuasion." *River of Life Kingdom Ministries v. Village of Hazel Crest*, 585 F.3d 364, 369 (7th Cir. 2009) (quoting *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) (emphasis in original)). "To obtain such relief, the moving party must first demonstrate that it has a reasonable likelihood of success on the merits, lacks an adequate remedy at law, and will suffer irreparable harm." *Id*. (citing *Girl Scouts of Manitou Council, Inc.v. Girl Scouts of U.S. Inc.*, 549 F.3d 1079, 1086 (7th Cir. 2008)). Mr. Reaves's motion is not based on sufficient factual allegations to show that he has a reasonable likelihood of success on the merit of his request for transfer. In addition, he has an adequate remedy at law for these

claims because he can file a lawsuit on this issue. Finally, he has not shown that he will suffer irreparable harm. For these reasons, motion, dkt. [54], must be **DENIED**.

**SO ORDERED.**

Date: 12/9/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEVIN REAVES
161700
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel